UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| MICHAEL W. OWENS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT IN A** |
| v. ) | **CIVIL CASE** |
| ) | **CASE NO. 5:21-CV-364-D** |
| MAKO MEDICAL LABS, ) | |
| ) | |
| Defendants. ) | |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS plaintiff's motion to proceed in forma pauperis [D.E. 5], DENIES plaintiff's motion for return of money [D.E. IS], and DISMISSES AS MOOT plaintiff's motion to vacate the judgment [D.E. 16]. The court ADOPTS the conclusions in the M&R [D.E. 12] and DISMISSES plaintiff's complaint for failure to state a claim.

**This Judgment Filed and Entered on November 18, 2021, and Copies To:**

| | |
|---|---|
| Michael W. Owens | (Sent to Powhatan Correctional Center 3600 Woods Way, State Farm, VA 23160 via US Mail) |

| | |
|---|---|
| DATE: | PETER A. MOORE, JR., CLERK |
| November 18, 2021 | (By) /s/ Nicole Sellers |
| | Deputy Clerk |